
 
 
 
 1
  The People of the State of Colorado, Petitioner  v.  Sheri Lynn Espinoza. Respondent No. 23SC939Supreme Court of Colorado, En BancAugust 4, 2025

 Court
 of Appeals Case No. 21CA1061

 Petition
 for Writ of Certiorari GRANTED. The judgment of the Colorado
 Court of Appeals is vacated, and the case is remanded to the
 Colorado Court of Appeals for reconsideration in light of
 Babcock v. People, 23SC583, 2025 CO 26; Johnson
 v. People, 23SC525, 2025 CO 29; and People v.
 Roberson, 23SC622, 2025 CO 30.

 
